AO 91 (Rev. 11/11)  Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
Western District of Texas

**FILED**

March 14, 2025

CLERK, U.S. DISTRICT COURT
WESTERN DISTRICT OF TEXAS

BY: _____Erika Gonzalez_____

DEPUTY

| | |
|---|---|
| United States of America ) | |
| v. ) | |
| Bryan Alexander GARCIA DIAZ, ) | Case No. **EP-25-M-1077-RFC** |
| A # 213 258 290 ) | |
| ) | |

*Defendant*

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.

On or about the dates alleged in Attachment A, in the Western District of Texas, the defendant violated Title 8, United States Code, Section 1325(a)(1) (Improper Entry by Alien), a class B misdemeanor, offenses described as follows:

**See Attachment A Incorporated By Reference Herein**

I further state that I am a Special Agent.

This criminal complaint is based on these facts:

**See Attached Statement of Probable Cause Incorporated By Reference Herein**

AUTHORIZED BY:  Charles E. Bailey Jr., P.S. for SAUSA Michael Dearden

☒ Continued on the attached sheet.

_____
*Complainant's signature*

Complaint sworn to telephonically on
___March 14, 2025___ at ___02:17 PM___ and signed
electronically. **FED.R.CRIM.P. 4.1(b)(2)(A)**
Sworn to telephonically.

Steven Olivanti
Homeland Security Investigations
_____
*Printed name and title*

Date:  March 14, 2025

_____
*Judge's signature*

City and state:  El Paso, Texas

Robert F. Castaneda
United States Magistrate Judge
_____
*Printed name and title*

# ATTACHMENT A

## Count 1

On or about October 31, 2022, near the Paso Del Norte Port of Entry in El Paso, Texas, in the Western District of Texas, Bryan Alexander GARCIA DIAZ, an alien, did knowingly and voluntarily enter the United States at a time and place other than as designated by Immigration Officers of the United States, in violation of Title 8, United States Code, Section 1325(a)(1) (Improper Entry by Alien), a Class B misdemeanor.

## STATEMENT OF PROBABLE CAUSE

I, Steven Olivanti, being duly sworn, hereby depose and state as follows:

1. Your affiant is a Special Agent.  I have learned the facts recited herein from direct participation in the investigation and from the reports and communications of other agents and officers.

2. On or about October 31, 2022, an individual was apprehended by Border Patrol Agents near the Paso Del Norte Port of Entry in El Paso, Texas, in El Paso County, in the Western District of Texas.  The agents performed an immigration inspection on the individual, later identified as Bryan Alexander GARCIA DIAZ, who admitted to being a citizen and national of Ecuador, unlawfully present in the United States.  GARCIA DIAZ was held in administrative custody until his identity could be confirmed and his immigration and criminal history could be obtained.

3. Immigration checks revealed GARCIA DIAZ to be a citizen of Ecuador.  There is no record of GARCIA DIAZ in any Department of Homeland Security database to suggest that he obtained permission from the Secretary of the Department of Homeland Security to enter, pass through, or remain in the United States.

4. Furthermore, there is no record of GARCIA DIAZ in any Department of Homeland Security database to suggest that he entered the United States at an official Port of Entry. Had GARCIA DIAZ presented himself at a Port of Entry, Department of Homeland

3

Security records likely would reveal that information. Accordingly, your affiant believes that GARCIA DIAZ unlawfully entered the United States at a time or place other than as designated by Immigration Officers of the United States of America. GARCIA DIAZ's immigration history was checked by electronic fingerprint comparison.

5. For these reasons, this affiant submits that there is probable cause to believe that on or about October 31, 2022, GARCIA DIAZ, an alien, was found in the United States near the Paso Del Norte Port of Enry in El Paso, Texas, in the Western District of Texas, and not having obtained the express consent of the Secretary of the Department of Homeland Security to apply for admission to the United States, and on or about October 31, 2022, near the Paso Del Norte Port of Entry in El Paso, Texas, in the Western District of Texas, GARCIA DIAZ, an alien, unlawfully entered the United States at a time or place other than as designated by Immigration Officers of the United States, in violation of Title 8, United States Code, Section 1325(a)(1) (Improper Entry by Alien).

6. This affidavit was sworn to telephonically before a United States Magistrate Judge legally authorized to administer an oath for this purpose. I have thoroughly reviewed the affidavit and the attachments to it, and attest that there is sufficient evidence to establish probable cause that the defendant violated Title 8, United States Code, Section 1325(a)(l) (Improper Entry by Alien).

Steven Olivanti
Homeland Security Investigations
Special Agent

Sworn to telephonically on
~~March 12, 2025~~ MARCH 14, 2025

Robert F. Castaneda
United States Magistrate Judge